# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

11:48 am, Sep 02 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America )
v. )
) Case No.   1:21-mj-2505 TMD
)
MARCEL HALL )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 1, 2021  in the county of  Baltimore  in the _____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | Possession with the intent to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Brendan Grace, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9/1/2021

*Judge's signature*

City and state:   Baltimore, Maryland      Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*