1:21-mj-2505 TMD ☑ FILED ____ ENTERED
____ LOGGED _____ RECEI

11:47 am, Sep 02 2

AT  BALTIMORE
CLERK, U.S. DISTRICT COUR
DISTRICT OF MARYLAND
BY _____ Deput

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your Affiant, Special Agent Brendan Grace, deposes and states as follows:

1.    Your Affiant is a Special Agent with the Drug Enforcement Administration ("DEA") and has been so employed since May 2020. Your Affiant has worked several narcotics investigations and participated in several trainings related to illegal drug trafficking. Your Affiant is currently assigned to the High Intensity Drug Trafficking Area ("HIDTA") Group 51 of DEA's Baltimore District Office.

2.    I make this Affidavit in support of a Criminal Complaint charging the defendant, Marcel Hall, with possession with intent to distribute at least 280 grams of a mixture or substance containing a detectable amount of cocaine base, as well as a mixture or substance containing a detectable amount of cocaine hydrochloride,  in violation of 21 U.S.C. § 841(a)(1).   This Affidavit is based on information I have received from other law enforcement officers and witnesses.  I have not included all of the information known to law enforcement officers in this Affidavit, but I do not believe that I have omitted any information that would tend to defeat a showing of probable cause.

3.    On September 1, 2021, a group of investigators, including Your Affiant, executed search warrants on several locations related to a suspected drug trafficking organization, including the residence of Marcel Hall, 1163 Punjab Drive, Essex, Maryland 21221 (the "Residence").   Hall was present during the execution of the search warrant.   While searching the Residence, investigators seized the following items: (1) five knotted bags of an off-white, chunky substance in a mixing bowl located in the kitchen area; (2) one knotted bag of an off-white, chunky substance inside a white glove inside a kitchen drawer;  (3) one knotted bag of an off-white, powdery substance in the living room closet inside Marcel Hall's plaid jacket pocket; (4) one knotted bag containing four knotted bags with blue pills inscribed "M30" in the living room closet inside Marcel's orange jacket; (5) one knotted bag containing blue pills inscribed "M30" located in living room closet inside Marcel Hall's orange jacket; (6) one knotted bag containing ten knotted bags with blue pills inscribed "M30" in the living room closet inside Hall's yellow jacket; (7) one black Apple iPhone 12 Pro with charger on the living room side table.  Investigators seized the items and read Hall his Miranda rights before detaining him.  Hall knowingly and voluntarily waived his Miranda rights and spoke to investigators.  While riding in transit with Your Affiant and Task Force Officer Dennis Ness, Hall admitted that the off-white, chunky substance was crack cocaine and that the blue pills belonged to him.

4.    The off-white, chunky substances in the knotted bags recovered from the Residence were field-tested and determined to be at least 280 grams of a mixture or substance containing a detectable amount of cocaine base, as well as a mixture or substance containing a detectable amount of cocaine hydrochloride, a schedule II-controlled substance.

1:21-mj-2505 TMD

Special Agent Brendan Grace
Drug Enforcement Administration

Sworn to and subscribed before me
This ___/___ day of September, 2021 at Baltimore, Maryland

Hon. Thomas M. DiGirolamo
United States Magistrate Judge
District of Maryland

2